UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP 2 6 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) Plaintiff, ) ) V. ) ) Kevin BOLLAERT, ) ) Defendant ) | Magistrate's Case No. **13MJ3638** **COMPLAINT FOR VIOLATION** of 18 USC, Section 922(a) (6)– knowingly make a false written statement in the acquisition of any firearm from a licensed dealer |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about and between October 22, 2013 and July 24, 2013, within the Southern District of California, defendant Kevin BOLLAERT, did knowingly make a false statement in the acquisition of a firearm from licensed dealers, to wit: approximately thirty one separate firearms, in violation of Title 18, United States Code, Section 922 (a) (6).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Special Agent J. Scott Wakelin
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and subscribed in my presence, this 26 day of September, 2013.

Honorable Nita L. Stormes
United States Magistrate Judge

1

## Probable Cause Statement

In violation of the aforementioned statute, Title 18, United States Code, Section 922 (a) (6), the following acts were committed in the Southern District of California:

1. On or about August 23, 2013, I learned that between October 22, 2013 and July 24, 2013, San Diego resident Kevin BOLLAERT had potentially provided false information in the purchase of numerous firearms from three separate Federal Firearms Licensees (FFL) in San Diego; Big 5 Sporting Goods store #33 located at 3729 Rosecrans Street, San Diego, CA, FFL Big 5 Sporting Goods store #28 located at 4838 Convoy Street, San Diego, CA, and FFL Discount Gun Mart located at 1510 Morena Boulevard, San Diego, CA.

2. On or about August 28, 2013, I obtained and reviewed copies of the ATF Form 4473- Firearm Transaction Record ("Form 4473") completed by BOLLAERT for sixteen firearms purchased at FFL Big 5 store #33 and FFL Big 5 store# 28. These purchases occurred between October 22, 2012 and July 10, 2013. Upon review I discovered that on Line 2 of each Form 4473, BOLLAERT listed his current residence as 1765 Garnet Avenue #27 San Diego, CA. I determined 1765 Garnet Avenue #27 San Diego, CA to be a Post Plus business and not a residence. Post Plus provides post office mail box rentals in addition to notary services to the public. Line 2 of Form 4473 requires the purchaser list his/her current residence address which cannot be a post office box. In addition, I learned that BOLLAERT initiated a lease on September 1, 2012 for 1109 Felspar Street #C and resided there until April 16, 2013. Additionally I learned that BOLLAERT initiated a lease on April 18, 2013 for 630 Diamond Street, San Diego, CA and resided there until July 20, 2013.

3. Continuing on this date, I obtained and reviewed copies of the Form 4473 completed by BOLLAERT for fifteen firearm purchases at FFL Discount Gun Mart. BOLLAERT purchased these firearms between February 12, 2013 and July 24, 2013, at FFL Discount Gun Mart. As stated above, I learned that BOLLAERT resided at 1109 Felspar Street #C San Diego, CA from September 1, 2012 to April 16, 2013. Additionally I learned that BOLLAERT initiated a lease on April 18, 2013 for 630 Diamond Street, San Diego, CA and resided there until July 20, 2013. In four of the fifteen purchases BOLLAERT listed his current residence address as 1765 Garnet #27, San Diego, CA and in eleven of the firearm purchases, BOLLAERT listed his current residence as 1211 Reed Avenue.

4. In total, it was determined that BOLLAERT had provided false information during the purchase of thirty-one firearms. (sixteen firearms at the Big 5 Stores, plus fifteen firearms at Discount Gun Mart).

5. On September 24, 2013, I obtained federal search warrants for BOLLAERT's person, vehicle, and a storage unit located at A-1 Self Storage, 1190 Morena Boulevard, San Diego, CA.

6. On September 25, 2013, I contacted BOLLAERT in room #353 at the Hyatt Place Hotel in Vista, CA. BOLLAERT was found in possession of three of the thirty-one firearms. The three firearms that were with BOLLAERT in his hotel room were loaded handguns. A search of BOLLAERT's storage unit was later executed and the twenty-eight additional firearms were found. BOLLAERT was arrested. In a post-Miranda statement, BOLLAERT admitted to providing false current residential address information on the Form 4473 for all thirty-one firearm purchases.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9-26-13

J. Scott Wakelin
Special Agent, ATF

Honorable NITA L. STORMES
United States Magistrate Judge

3