# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER 13MJ3638
vs )  ABSTRACT OF ORDER
)  Booking No. 45505298
Kevin Bollaert )
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of October 9, 2013 the Court entered the following order:

✓ Defendant be released from custody.

___ Defendant placed on supervised / unsupervised probation / supervised release.

___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

✓ Defendant released on $25,000 P/S bond posted.

___ Defendant appeared in Court. FINGERPRINT & RELEASE.

___ Defendant remanded and (____ bond) (____ bond on appeal) exonerated.

___ Defendant sentenced to TIME SERVED, supervised release for ___ years.

___ c.c. judgment Court of Appeals (____ affirming) (____ reversing) decision of this Court:

___ dismissing appeal filed.

___ Bench Warrant Recalled.

___ Defendant forfeited collateral.

___ Case Dismissed.

___ Defendant to be released to Pretrial Services for electronic monitoring.

___ Other _____

**NITA L. STORMES**
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMKICK, JR., Clerk
by _____ Deputy Clerk

Received _____
DUSM

Crim-9 (Rev 6-95)

G. PERRAULT

★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY