

FILED
Oct 24 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ georgep DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: '13 CR3902 DMS |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 18, U.S.C., Secs. 922(a)(6) – Knowingly make a false statement in the acquisition of a firearm from licensed firearms dealer (Felony) |
| KEVIN BOLLAERT, | |
| Defendant. | |

The United States Attorney charges:

On or about and between October 22, 2012 and July 24, 2013, within the Southern District of California, defendant Kevin BOLLAERT, did knowingly make a false statement in the acquisition of a firearm from licensed dealers, to wit: approximately thirty one separate firearms, in violation of Title 18, United States Code, Section 922 (a)(6).

DATED: 10/24/13

LAURA E. DUFFY
United States Attorney

For ANDREW R. HADEN
Assistant U.S. Attorney