

FILED
OCT 24 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA          **WAIVER OF INDICTMENT**

v.

KEVIN BOLLAERT                    CASE NUMBER: 13CR3902-DMS

I, KEVIN BOLLAERT, the above-named defendant, who is accused of committing the following offenses:

> Knowingly making a false statement in the acquisition of a firearm from a licensed firearm dealer, in violation of Title 18, United States Code, Sections 922(a)(6),

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on __10-24-13__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Defense Counsel

Before _____
       Judicial Officer