```
 1  Alex Landon
    CSB No. 50957
 2  2442 Fourth Avenue
    San Diego, CA 92101
 3  (619) 232-6022
    Attorney for Defendant
 4  KEVIN BOLLAERT
 5
 6              UNITED STATES DISTRICT COURT
 7              SOUTHERN DISTRICT OF CALIFORNIA
 8                  (Honorable Nita L. Stormes)
 9  UNITED STATES OF AMERICA,    )   Case No. 13-cr-3902-DMS
                                 )
10            Plaintiff,         )
                                 )
11  vs.                          )
                                 )   DECLARATION OF
                                 )   REGINA AND BRIAN
12  KEVIN BOLLAERT,              )   BOLLAERT
                                 )
13            Defendant.         )
                                 )
14  _____)
```

15    We, Regina and Brian Bollaert, declare:

16    1. We are the bond sureties for our son Kevin Bollaert in the above case.

17    2. Our son, Kevin Bollaert, is residing with us in Moline, Illinois. Our town borders the state of Iowa and the metropolitan area here includes Davenport, Iowa and Battendorf, Iowa. The area is known as the Quad Cities. We also own property with a cabin in a town in Iowa nearby called Maquoketa, Iowa.

21    3. We request that Kevin be allowed to go to those towns while residing with us.

      We declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

      Executed this 26th day of November, 2013, at San Diego, California.

                                    1

| | |
|---|---|
| 1 | _____ |
| 2 | REGINA BOLLAERT<br>Declarant |
| 3 | |
| 4 | |
| 5 | |
| 6 | _____ |
| 7 | BRIAN BOLLAERT |
| 8 | DECLARANT |

2