ALEX LANDON
California Bar No. 050957
2442 Fourth Avenue
San Diego, CA 92101
Telephone (619) 232-6022

Attorney for Defendant
**KEVIN BOLLAERT**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Dana M. Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 13-cr-3902-DMS |
| Plaintiff, ) | |
| ) | **ACKNOWLEDGMENT OF** |
| vs. ) | **NEXT COURT** |
| ) | **APPEARANCE** |
| KEVIN BOLLAERT, ) | |
| Defendant. ) | |

Defendant, Kevin Bollaert, hereby acknowledges that the sentencing hearing scheduled for February 14, 2014, at 9:00 a.m., in the above-entitled Court, in front of the Honorable Dana M. Sabraw, is hereby rescheduled to January 17, 2014, at 9:00 a.m., in the above-entitled court, in front of the Honorable Dana M. Sabraw.

DATED: 12-10, 2013            _____
                                                    KEVIN BOLLAERT