PS 8B
(05/08)

December 17, 2013

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

13 DEC 18 PM 1:41

Request for Modifying the Conditions of Pretrial Release

**Name of Defendant:** Bollaert, Kevin        **Dkt No.:** 13CR3902-001

**Name of Judicial Officer:** The Honorable Dana M. Sabraw, U.S. District Judge

**Date Conditions Were Ordered:** September 26, 2013, before the Honorable Nita L. Stormes, U.S. Magistrate Judge

**Conditions of Release:** Restrict travel to the Southern District of California, state of Illinois, and do not enter Mexico ; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending, surrender passport, reside with parents, submit to treatment, and/or testing, at the discretion of Pretrial Services, no more than eight times per month.

**Modification:** On December 5, 2013, your Honor modified the defendant's conditions of release to include travel to Iowa, specifically Davenport, Battendork and Maquoketa. All other conditions remained as previously set.

**Date Released on Bond:** October 9, 2013

**Charged Offense:** Title 18 U.S.C., Section 922(a)(6) - Knowingly make a false written statement in the acquisition of any firearm from a licensed dealer

**Next Court Hearing:** February 14, 2014, at 9:00 a.m., for a Sentencing Hearing

**Asst. U.S. Atty.:** Andrew Haden        **Defense Counsel:** Alex L. Landon (appointed)
            (619) 546-0474                                      (619) 232-6022

## PETITIONING THE COURT

## TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

PRAYING THE COURT WILL ORDER THE DEFENDANT'S CONDITIONS OF RELEASE BE MODIFIED TO INCLUDE PSYCHIATRIC OR PSYCHOLOGICAL COUNSELING.

### CAUSE

On December 11, 2014, the defendant reported to the Pretrial Services office. During his office visit the defendant advised he has been feeling stressed about his case. Additionally, he revealed he has been suffering from anxiety and depression. The undersigned asked Mr. Bollaert if he would be in agreement to the added condition of mental health counseling in order for our office to monitor his attendance and progress with counseling. Mr. Bollaert stated he did not oppose.

On December 11, 2013, the undersigned contacted Assistant United States Attorney, Mathew Haden, the defendant's defense counsel, Alex Landon and his two sureties, Brian and Regina Bollaert. Both counsels and the defendant's sureties do not oppose the added condition of mental health counseling.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** 12-17-13

Respectfully submitted:

by _____
Sabrina Hall
United States Pretrial Services Officer
(619) 557-6145
Place: San Diego, California

Reviewed and approved:

_____
Moises Santos
Supervising U.S. Pretrial Services Officer

## THE COURT ORDERS:

__✓__  **AGREE,** Modify the defendant's conditions of release and order the defendant to participate in psychiatric or psychological counseling as directed by Pretrial Services.

_____  Other _____

_____

_____

_____  12-18-13
The Honorable Dana M. Sabraw  Date
U.S. District Judge