PROB 12B
(04/08)

March 18, 2014

## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Kevin Bollaert (English)    **Dkt No.:** 13CR03902-001-DMS

**Name of Sentencing Judicial Officer:** The Honorable Dana M. Sabraw, U.S. District Judge

**Sentence:** Time served (15 days) and three years of supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** January 17, 2014

**Date Supervised Release Commenced:** January 17, 2014

**Prior Violation History:** None.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

Complete 25 hours of community service in a program approved by the probation officer within four (4) months of the Court imposing this condition.

PROB12B
Name of Offender: Kevin Bollaert                                         March 18, 2014
Docket No.: 13CR03902-001-DMS                                                    Page 2

## CAUSE

Mr. Bollaert was sentenced on January 17, 2014, and due to his pretrial supervision in the Central District of Illinois, his case was immediately accepted for supervision in that district. Following sentencing, Mr. Bollaert was given permission to remain in San Diego, California, to visit his girlfriend. However, due to Mr. Bollaert's pending state matter wherein he has been accused of developing a "revenge porn" internet scheme, he was specifically directed not to stay with his girlfriend at the dormitory at the University of San Marcos. It was explained that absent the third-party risk disclosure to the University, permission to stay on University property would not be granted. On the evening of Sunday, January 19, 2014, Mr. Bollaert disregarded this direction and he spent the night at the University.

In addition to the above, on February 6, 2014, the probation office was notified that Mr. Bollaert was consistently showing up late for drug treatment counseling sessions. He is not employed and therefore able to make his treatment sessions.

By way of intervention related to the above noncompliance, Mr. Bollaert has agreed to complete twenty-five (25) hours of community service as evidenced by his signature on the attached form (PROB 49). Additionally, for the Court's information and unrelated to the above, Mr. Bollaert is returning to the Southern District of California for supervision.

Respectfully submitted:                           Reviewed and approved:
by                                                *Janet Marie Bergland*  Janet Marie Bergland
   Kim Landreth                                                           Mar 18 2014 9:54 AM
   U.S. Probation Officer                         Janet M. Bergland
   760-305-4656                                   Supervising U.S. Probation Officer

Attachments:

**THE COURT ORDERS:**

✓ ___ The Modification of Conditions as Noted Above

___ Other _____


_____                          3-21-14
The Honorable Dana M. Sabraw                               Date
U.S. District Judge